**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6481**

———————

ROBERT A. CUFFEE,

                                    Plaintiff - Appellant,

        versus

Y. COLEMAN, Head RN Nurse, Lawrenceville
Correctional Center,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-03-2)

———————

Submitted: May 29, 2003              Decided: July 24, 2003

———————

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert A. Cuffee, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert A. Cuffee appeals the district court's order dismissing without prejudice his action under 42 U.S.C. § 1983 (2000) for failing to respond to the filing fee order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cuffee v. Coleman, No. CA-03-2 (E.D. Va. filed Mar. 5, 2003; entered Mar. 6, 2003). We also deny Cuffee's motion for show cause. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED